```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | |
|---|---|
| BILLY B. RYKARD,                     * | |
|     Plaintiff,                       * | |
| vs.                                  * | CASE NO. 4:08-CV-74(CDL) |
| FEDEX GROUND PACKAGE SYSTEM,         * | |
| INC., d/b/a FedEx Ground, and        | |
| AARON RICHARDSON,                    * | |
|     Defendants.                      * | |
|                                      * | |

O R D E R

On May 14, 2009, Defendant Aaron Richardson filed an untimely Answer to Plaintiff's Amended Complaint. Presently pending before the Court is Richardson's Motion to Open Default (Doc. 30). No entry of default has been made against Richardson. The Court construes Richardson's motion as a motion for extension of time to file an answer such that his previously filed untimely answer shall be permitted. Because no objections to such an extension have been filed and the Court otherwise finds that an extension should be permitted under the circumstances, the Court grants Richardson's motion and deems Richardson's previously filed answer to be timely filed.

IT IS SO ORDERED, this 23rd day of June, 2009.

                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE

1